IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL DEWAYNE ANDERSON, #156270, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:19-CV-412-WKW [WO] |
| KAY IVEY, JEFFERSON S. DUNN, WALTER MYERS, and BOARD OF PARDONS AND PAROLES, | ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On July 23, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 6) is ADOPTED; and

(2) This action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 14th day of August, 2019.

                                                                  /s/ W. Keith Watkins
                                           UNITED STATES DISTRICT JUDGE