IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL DEWAYNE ANDERSON, AID #156270, ) ) ) Plaintiff, ) ) v. ) ) KAY IVEY, JEFFERSON S. DUNN, ) WALTER MYERS, and BOARD & ) PARDONS AND PAROLES, ) ) Defendants. ) | CASE NO. 2:19-CV-412-WKW [WO] |

## **ORDER**

On September 21, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation (Doc. # 13) is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 27th day of October, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE